Stephen BISHOP, Plaintiff—Appellee,

v.

Dora B. SCHRIRO, Director, Defendant—Appellant.

No. 05–15218.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Decided Aug. 1, 2006.

Stephen Bishop, Arizona State Prison Complex (Eyman) Special Management Unit I, Florence, AZ, for Plaintiff-Appellee.

Misty D. Guille, Office of the Arizona Attorney General, Phoenix, AZ, for Defendant-Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Arizona Department of Corrections Director Dora B. Schriro appeals from the district court's order dismissing as moot prisoner Stephen Bishop's 42 U.S.C. § 1983 action, and requiring Schriro to give the court ninety days notice before changing any policy so as to deprive Bishop of a personal fan. We have jurisdiction under 28 U.S.C. § 1291. After de novo review, *Southern Oregon Barter Fair v.*

*Jackson County, Oregon*, 372 F.3d 1128, 1133 (9th Cir.2004), we affirm.

"It is well settled that a defendant's voluntary cessation of a challenged practice does not deprive a federal court of its power to determine the legality of the practice." *City of Mesquite v. Aladdin's Castle, Inc.*, 455 U.S. 283, 289, 102 S.Ct. 1070, 71 L.Ed.2d 152 (1982). "[I]n cases involving the amendment or repeal of a statute or ordinance, mootness is 'a matter relating to the exercise rather than the existence of judicial power.'" *Coral Constr. Co. v. King County*, 941 F.2d 910, 927 (9th Cir.1991) (citations omitted). A court may continue to exercise jurisdiction over such a case where the balance of interests favors such continued authority. *See id.*

We deny Bishop's motion to expand the record.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.